UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Bonnie Barger,
    Plaintiff,

v.                    Case No. 1:07-cv-381

Commissioner of Social Security,
    Defendant.

# ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed April 12, 2010 (Doc. No. 27). In this Report and Recommendation, Magistrate Judge Black recommended that Plaintiff's counsel's motion for a contingency fee award in the amount of $7,257.00 (Doc. No. 26) be granted.

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED.** Plaintiff's motion for a contingency fee award of $7,257.00 is **GRANTED.**

Date: May 10, 2010                    s/Sandra S. Beckwith
                                              Sandra S. Beckwith, Senior Judge
                                              United States District Court